

**SIGNED THIS 30th day of August, 2023**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:
MICHAEL O'BRIAN KILPATRICK, JR.,                    Chapter 13
    Debtor.                                                Case No. 23-60865

### ORDER GRANTING MOTION TO EXTEND TIME

On August 9, 2023, Michael O'Brian Kilpatrick, Jr. filed a chapter 13 petition *pro se*. *See* ECF Doc. No. 1. Mr. Kilpatrick did not file all the required schedules, statements, and a chapter 13 plan. Because of these filing deficiencies, the Court issued an order requiring the outstanding items to be filed by August 23, 2023. *See* ECF Doc. No. 6. On August 23, 2023, Mr. Kilpatrick filed a motion to extend the time to file the items. *See* ECF Doc. No. 16. Based on the statements made in the motion, the Court finds it appropriate to extend the deadline to September 6, 2023 (14 days from the previous deadline). Accordingly, it is

### O R D E R E D

that the motion to extend time to file the chapter 13 plan, ECF Doc. No. 16, is **GRANTED**. Mr. Kilpatrick must file the outstanding schedules, statements, and chapter 13 plan with the Court by September 6, 2023. **Failure to timely file the documents will result in dismissal of the case.**

Copies of this order are directed to be sent to the debtor and the chapter 13 trustee.

### End of Order